UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  CASE NO.: 13-27629-BKC-LMI
Chapter 7

**JULIO ORTIGOZA**
⎯⎯⎯⎯ Debtor. ⎯⎯⎯/

## REPORT OF SALE

NOTICE IS GIVEN THAT on or about December 27, 2013, the sale of the Estate's interest in the following described items were sold for a total of $2,200.00 to the Debtor, Julio Ortigoza. The sale was completed pursuant to the Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement Regarding Valuation and Repurchase of Debtor's Non-Exempt Assets, dated December 27, 2013, (ECF 45).

- Financial Accounts
- Cash
- 2009 Honda CR-V
- Household Goods
- Wearing Apparel
- Jewelry

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished on May 11, 2015, to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to all interested parties on the attached service list.

Respectfully submitted,

/s/ Joel L. Tabas
Joel L. Tabas
Chapter 7 Trustee
14 Northeast First Ave., Penthouse
Miami, Florida 33132
Telephone: (305) 375-8171
Telefax: (305) 381-7708
JTabas@tabasfreedman.com

| | | |
|---|---|---|
| (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | 5stars<br>1501 Palm Ave<br>Hialeah, FL 33010-3031 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK  73124-8866 |
| Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 | Aspire<br>Po Box 105555<br>Atlanta, GA 30348-5555 | Cap One Na<br>Po Box 26625<br>Richmond, VA 23261-6625 |
| Capital One, N.A.<br>Po Box 30273<br>Salt Lake City, UT 84130-0273 | Chase<br>201 N. Walnut Street<br>Wilmington, DE 19801-2920 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Chase<br>Po Box 24696<br>Columbus, OH 43224-0696 | Chase-Cha<br>Po Box 7090<br>Mesa, AZ 85216-7090 | Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 |
| Fifth Third Bank<br>5050 Kingsley Dr<br>Cincinnati, OH 45227-1115 | Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | Julio Ortigoza<br>16340 SW 83 Lane<br>Miami, FL 33193-5142 |
| Lease Financial Groupl<br>233 N Michigan Ave Ste 1<br>Chicago, IL 60601-5519 | Lvnv Funding Llc<br>Po Box 10497<br>Greenville, SC 29603-0497 | LVNV Funding, LLC its successors and assigns<br>assignee of Bank of America, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Ocwen Loan Servicing L<br>12650 Ingenuity Dr<br>Orlando, FL 32826-2703 | POINCIANA AT LAGO MAR WEST HOMEOWNERS<br>ASSOCI<br>c/o Jeffrey S. Berlowitz, Esq.<br>Siegfried, Rivera, Hyman, et. al.<br>201 Alhambra Circle<br>11th Floor |
| Poinciana At Lago Mar West Homeowner's<br>c/o Vincent B. Flor, Esq.<br>201 Alhambra Circle #603<br>Miami, FL 33134-5107 | PYOD, LLC its successors and assigns as assi<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | Rothman & Tobin, PA<br>c/o Ariel Konover, Esq<br>12514 West Atlantic Blvd<br>Pompano Beach, FL 33071-4085 |
| Sears/Cbna<br>Po Box 6282<br>Sioux Falls, SD 57117-6282 | Stellar Recovery Inc<br>4500 Salisbury Rd Ste 10<br>Jacksonville, FL 32216-8035 | Suntrust Mortgage/Cc 5<br>1001 Semmes Ave<br>Richmond, VA 23224-2245 |

| | | |
|---|---|---|
| Target Nb | Td Bank Usa/Targetcred<br>Po Box 673<br>Minneapolis, MN 55440-0673 | Thd/Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| U.S. Bank, N.A.<br>c/o Douglas C Zahm, P.A.<br>12425 28th Street N<br>Suite 200<br>Saint Petersburg, FL 33716-1826 | Us Bank Home Mortgage<br>4801 Frederica St<br>Owensboro, KY 42301-7441 | Wells Fargo Bank, NA<br>c/o Reka Beane<br>POB 25018<br>Tampa, FL 33622-5018 |
| Wells Fargo Bank, NA<br>c/o Robert Schneider, Esq.<br>POB 25018<br>Tampa, FL 33622-5018 | | |